# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 44 MM 2015
EX REL: MICHAEL J. PISKANIN, :
:
        Petitioner :
:
:
:
      v. :
:
:
HONORABLE KELLY L. BANACH AND :
HONORABLE WILLIAM H. PLATT AND :
DISTRICT ATTORNEY JAMES B. :
MARTIN, ESQ., AND TAMMY :
FERGUSON, AS FACILITY MANAGER :
AND WARDEN SCI BENNER, :
:
        Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the Application for Leave to File Original Process is **GRANTED**, the "Application for Emergency Relief" is **DENIED**, and the Prothonotary is **DIRECTED** to strike the jurists' names form the caption.